DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ  85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| NEISES, TODD R | ) | CASE NO.  10-09199-PHX-RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment. The check was returned to the Trustee by the US Postal Service marked as "Unable to deliver as addressed".

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 108 | 03/10/11 | Red Rock Worldwide/Urman Enterprises<br>16050 N. 76th Street, Suite 103<br>Scottsdale AZ 85260 | $616.79 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $616.79 to the Clerk of Court to be deposited in the Registry thereof.

<u>March 27, 2011</u>                              /s/
      DATE                              DIANE M. MANN, Trustee